UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                        Case No. 2:16-bk-13345

RAFIQ MATEEN,                                                      Chapter 7

       Debtor

## ORDER REOPENING CHAPTER 7 BANKRUPTCY CASE, VACATING THE DISCHARGE AS TO WELLS FARGO HOME MORTGAGE AND EXTENDING THE TIME TO FILE A REAFFIRMATION AGREEMENT

      **AND NOW**, this _____ day of June, 2019, upon consideration of the Motion of debtor, Rafiq Mateen ("Debtor"), to (1) reopen this Chapter 7 case pursuant to 11 U.S.C. § 350(b) and Bankruptcy Rule 5010, (2) vacate the discharge as to Wells Fargo Home Mortgage; and (3) extending the time to file a Reaffirmation Agreement that was executed prior to the date that the Debtor received a discharge, but was not filed with the Bankruptcy Court prior to discharge. It appears that the Debtor is entitled to the relief sought. Accordingly, it is hereby ORDERED that the motion is granted. More specifically, it is ordered that (1) this Chapter 7 Bankruptcy case is reopened, (2) the discharge as to Wells Fargo Home Mortgage is vacated; and (3) the time to file the Reaffirmation Agreement is extended by the Court; and it is further

      ORDERED that the deadline for the Debtor to file the document described above is extended through **Sept. 30**, 20**19**.

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE